| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Transferring Court)* |
| --- | --- |
| **TRANSFER OF JURISDICTION** | CR-24-00740-001-TUC-SHR (EJM) |
| | DOCKET NUMBER *(Receiving Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Mica Deshawn Caruso | District of Arizona | 4: Tucson |
| | NAME OF SENTENCING JUDGE The Honorable Scott H. Rash U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/18/2024    TO 7/17/2029 |

**OFFENSE**

Violating Title 8 U.S.C. §1324(a)(1)(A)(v)(I), 8 U.S.C. §1324(a)(1)(A)(ii), 8 U.S.C. §1324(a)(1)(A)(iii) and 8 U.S.C. §1324(a)(1)(B)(i), Conspiracy to Transport and Harbor Illegal Aliens for Profit, a Class C Felony offense, as charged in the Information

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The probation office in the District of Nevada has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Mica Deshawn Caruso, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 2/26/2025 | *[signed]* |
| --- | --- |
| Date | The Honorable Scott H. Rash U.S. District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 3/6/2025 | *[signed]* |
| --- | --- |
| Effective Date | United States District Judge |

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Mica Deshawn Caruso

Case No.:

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION**

March 4, 2025

TO:   United States District Judge

Mr. Caruso appeared before the Honorable Scott H. Rash, U.S. District Court Judge, in the District of Arizona on July 18, 2024, pursuant to his guilty plea to Conspiracy to Transport and Harbor Illegal Aliens for Profit. Mr. Caruso was sentenced to five (5) years probation.

Mr. Caruso was a resident of the District of Nevada at the time of his sentencing and was subsequently accepted for supervision in the District of Nevada. Mr. Caruso plans to remain in the District of Nevada throughout his term of probation and as a result, we are requesting that jurisdiction of Mr. Caruso's case be accepted in Nevada. Attached is the Probation Form 22, Transfer of Jurisdiction which requires Your Honor's signature. Once signed and documented, the remainder of the file will be transferred from the District of Arizona.

Respectfully submitted,

_____
Shawn Mummey
Senior United States Probation Officer

Approved:

_____
Steve M. Goldner
Supervisory United States Probation Officer