**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICA DESHAWN CARUSO,<br>Defendant. | Case No. 2:25-cr-00047-JAD-EJY<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 27, 2026 at 9:00 a.m., be vacated and continued to October 26, 2026 at the hour of 11:30 a.m.

DATED this 17th day of July, 2026.

______________________________
UNITED STATES DISTRICT JUDGE