**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICA DESHAWN CARUSO,

Defendant.

Case No. 2:25-cr-00047-JAD-EJY

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 26, 2026 at 11:30 a.m., be vacated and continued to January 25, 2027, at the hour of 10:00 a.m.

DATED this 16th day of October, 2026.

______________________________
UNITED STATES DISTRICT JUDGE